United States District Court
Southern District of Texas

**ENTERED**
March 24, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**        **SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| ANTONIO CABALLERO,<br>    *Plaintiff*,<br><br>v.<br><br>PETROLEOS DE VENEZUELA, S.A., *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§     CIVIL ACTION H-21-916<br>§<br>§<br>§ |

## ORDER STRIKING DOCUMENT

The Clerk has filed your motions for admission *pro hac vice* (Dkt. 2-5); however, they are deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ Motion does not comply with filing requirements of L.R. 5.

    a. ☐ No certificate of service or explanation why service is not required (L.R. 5.3);

    b. ☐ Discovery shall not be filed (L.R.5.4);

    c. ☐ Motions for default judgment must be served on the defendant/respondent by certified mail, return receipt requested (L.R. 5.5.).

5. ☐ Motion does not comply with L.R.7.

    a. ☐ No certificate of conference between counsel (L.R. 7.1.D(1));

    b. ☐ No statement of non-opposition (L.R.7.2);

    c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ■ Other: The motion does not comply with Judge Miller's procedures regarding motions for *pro hac vice*.

The document is stricken from the record.

Signed at Houston, Texas on March 24, 2021.

_____
Gray H. Miller
Senior United States District Judge