UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANTONIO CABALLERO,

    Plaintiff,

v.

PETRÓLEOS DE VENEZUELA, S.A.,

    Defendant-Respondent.

Case No. 4:21-CV-00916

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE GRAY H. MILLER, UNITED STATES DISTRICT JUDGE:

    Defendant-Respondent, Petróleos de Venezuela, S.A., hereby files its Certificate of Interested Parties and respectfully represents that the following persons and entities are or may be financially interested in the outcome of this litigation:

1. Antonio Caballero, Plaintiff;

2. Henry J. Fasthoff, *Fasthoff Law Firm, PLLC,* Counsel for Plaintiff;

3. Joseph I. Zumpano, *Zumpano Patricios, P.A.,* Counsel for Plaintiff;

4. Leon N. Patricios, *Zumpano Patricios, P.A.,* Counsel for Plaintiff;

5. Fuerzas Armadas Revolucionarias de Colombia (the "FARC") and the Norte del Valle Cartel (the "NDVC"), Judgement Debtors;

6. Keith Stansell, Marc Gonsalves, Thomas Howes, Judith G. Janis, and Christopher T. Janis (the "Stansell Claimants"), Third Party Judgment Creditors with judgments against the FARC and NDVC;

7. Newton Porter, *Porter & Korvick, P.A.*, Counsel for the Stansell Claimants;

8. Tony Korvick, *Porter & Korvick, P.A.,* Counsel for the Stansell Claimants;

9. Olivia Pescatore, Josh Pescatore, Jada Pescatore, Jarrod Pescatore, Jordan

Pescatore, Carol Pescatore Harpster, Richard Pescatore, John Pescatore, and Carolyn Pescatore (the "Pescatore Claimants"), Third Party Judgment Creditors with judgments against the FARC and NDVC;

10. Nathaniel A. Tarnor, *Hagens Berman Sobol Shapiro LLP,* Counsel for the Pescatore Claimants;

11. Bolivarian Republic of Venezuela, not represented by counsel;

12. Petróleos de Venezuela, S.A., Defendant-Respondent;

13. Solar Turbines, Inc., Garnishee;

14. James B. Danford, *Mayer Brown LLP,* Counsel for Garnishee.

By filing this Certificate of Interested Parties, Petróleos de Venezuela, S.A. does not waive and expressly preserves any rights, privileges, immunities, and defenses, including but not limited to its right to challenge service of process and personal and subject-matter jurisdiction under applicable laws such as the Foreign Sovereign Immunities Act.

Dated: April 5, 2021
Houston, Texas

Respectfully submitted,

**WHITE & CASE**LLP

By: /s/ *Michael Rodgers*
Michael Rodgers
*Attorney-in-Charge*
Texas State Bar No. 24095114
S.D. Tex. Bar No. 2638667
michael.rodgers@whitecase.com
White & Case LLP
609 Main Street, Suite 2900
Houston, Texas 77002
tel.: (713) 496-9700
fax: (713) 496-9701

Nicole Erb
Claire A. DeLelle
Timothy L. Wilson, Jr.
*Of Counsel*
Motions to appear *pro hac vice* pending
nerb@whitecase.com
claire.delelle@whitecase.com
timothy.wilson@whtecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C., 20005
tel.: (202) 626-3600
fax: (202) 639-9355

Daniel J. Grossbaum
*Of Counsel*
Motion to appear *pro hac vice* pending
dan.grossbaum@whitecase.com
1221 Avenue of the Americas
New York, NY 10020
tel.: (212) 819-7083
fax: (212) 354-8113

*Counsel for Petróleos de Venezuela, S.A.*

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was served through the Court's electronic filing system and on the following parties and counsel of record, on April 5, 2021, via email at the following addresses:

James B. Danford
*Mayer Brown LLP*
700 Louisiana Street
Suite 3400
Houston, TX 77002

*Counsel for Garnishee,*
*Solar Turbines, Inc.*

                                                        /s/ *Michael Rodgers*