United States District Court
Southern District of Texas
**ENTERED**
April 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTONIO CABALLERO, § § JUDGMENT CREDITOR & § GARNISHOR, § § VS. § § FUERZAS ARMADAS § REVOLUCIONARIAS DE COLOMBIA § a/k/a FARC-EP a/k/a § REVOLUTIONARY ARMED FORCES § OF COLOMBIA; and THE NORTE DEL § VALLE CARTEL, § § JUDGMENT DEBTORS. § § VS. § § SOLAR TURBINES INCORPORATED, § § GARNISHEE. § | CASE NO. 4:21-CV-00916 |

## ANTONIO CABALLERO'S PARTIALLY AGREED, PARTIALLY UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE JOINT DISCOVERY/CASE MANAGEMENT PLAN

On this day came before the Court, Judgment Creditor and Garnishor **ANTHONY CABALLERO'S ("CABALLERO")** Partially Agreed, Partially Unopposed Motion to Extend the Deadline to File Joint Discovery/Case Management Plan ("Motion")**.** After considering the Motion, any and all responses and replies filed by the parties, the law, the pleadings on file in this case, argument of counsel, and all other necessary and relevant matters, the Court finds that the Motion is meritorious and should be granted. It is, therefore,

**ORDERED**, that Caballero's Motion is hereby **GRANTED**. The April 30, 2021 deadline for the parties to file a Joint Discovery/Case Management Plan is hereby terminated.

1

If Caballero's Motion to Consolidate referenced in the Motion is denied, the parties shall file a Joint Discovery/Case Management Plan in this case by June 1, 2021.

The parties may request an additional extension if the Motion to Consolidate has not been ruled on by June 1, 2021.

Signed this ___29th___ day of ___April___, 2021.

_____
HONORABLE JUDGE GRAY MILLER